IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| JASON RYAN LANN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-14-827-R |
| CAROLYN W. COLVIN, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Suzanne Mitchell. Doc. No. 29. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motions for Attorney's Fees is granted but reduced to $6,264.20. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b), he shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580(10th Cir. 1986).

**IT IS SO ORDERED** this 7th day of December, 2015.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE